IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>Peter Liangos v. AbbVie Inc., et al.<br><br>Civil Action No. 1:14-cv-03106 | |

**STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Peter Liangos, and the undersigned counsel for defendants ELI LILLY AND COMPANY, LILLY USA, LLC ACRUX COMMERCIAL PTY LTD., ACRUX DDS PTY LTD., Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, Inc., GlaxoSmithKline, LLC, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda,Inc., pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party. Plaintiff's claims against the other defendants remain pending, and in full force and effect.

*/s/ Chad Finley*
Chad Finley
TorHoerman Law
234 S. Wabash, 7th Floor
Chicago, Illinois 60604

*Attorneys for Plaintiff*

*/s/ David E. Stanley*
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA  90071

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial PTY  LTD. and Acrux DDS PTY LTD.*

1

*/s/ Andrew K. Solow*
Andrew K. Solow, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10022

Attorney for Defendants Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, LLC and GlaxoSmithKline LLC

*/s/ K.C. Green*
K.C. Green
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc. and Actavis, Inc.

*/s/ Michelle Yeary*
Michelle Yeary
DECHERT, LLP
2929 Arch Street
Philadelphia, PA 19104-2808

*Attorney for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

      I, David E. Stanley, hereby certify that on March 22, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David E. Stanley*